**No. 43762.**—Protest 945093–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of bells similar to those involved in *Kresge* v. *United States* (25 C. C. P. A. 1, T. D. 48975) and imitation spectacles in chief value of metal similar to those passed upon in Abstract 40016. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43763.**—Protests 925223–G, etc., of Wm. Shaland (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel flutes similar to those involved in Abstract 40185 were held dutiable at 45 percent ad valorem under paragraph 397, Tariff Act of 1930, and articles in chief value of fur like those the subject of Abstract 41823 were held dutiable at 50 percent under paragraph 1519 (e).

**No. 43764.**—Protest 751122–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) uninflated rubber balls like those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) at 30 percent under paragraph 1502; (2) squawker balloons at 45 percent under paragraph 409, Abstract 40493 followed; (3) india rubber articles similar to those the subject of Abstract 41517 at 25 percent under paragraph 1537; and (4) opera glasses at 35 percent under paragraph 228 (b) and the French Trade Agreement, *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) followed.

**No. 43765.**—Protests 16085–K, etc., of E. Leitz, Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of finders for cameras the same as those the subject of *United States* v. *Zeiss* (24 C. C. P. A. 145, T. D. 48624). The claim at 20 percent under paragraph 1551 was therefore sustained.

**No. 43766.**—Protest 1357–K/11761 of F. W. Woolworth Co. (New Orleans).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 as claimed.

BEFORE THE SECOND DIVISION, MAY 22, 1940

**No. 43767.**—Protests 836960–G (B), etc., of American Import Co. et al. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.